**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V**                          **CASE NO.: 4:19CR00581-04 BRW**

**NATASHA RIDDLE**                                             **DEFENDANT**

### MOTION FOR CONTINUANCE

     COMES NOW the Defendant, Natasha Riddle, through her attorney, Sara F. Merritt and for her Motion to Continue states:

1.    That the Defendant has been appointed Sara F. Merritt as her attorney for all further proceedings.

2.    That this case is presently set for November 26, 2019.

3.    That Counsel was just appointed and needs additional time to prepare and gather discovery.

4.    That Defendant seeks continuance in good faith and not for purpose of unnecessary delay.

5.    That Ed Walker, Asst. U.S. Attorney does not object.

6.    That Defendant waives speedy trial until the next setting.

     WHEREFORE, the Defendant, Natasha Riddle, prays this motion be granted.

Respectfully Submitted,

/s/  Sara F. Merritt, #89057
Attorney at Law
410 W. 26th Street, Suite 2
North Little Rock, AR 72114
email: momarab@aol.com
501/812-5430
501/812-5435

## <u>CERTIFICATE OF SERVICE</u>

I, Sara F. Merritt, hereby certify that I have this 11th day of October 2019, delivered to the below listed parties, by mail, a copy of the within pleading.

Ed Walker
Asst. United States Attorney
P. O. Box 1229
Little Rock, AR 72203

/s/ Sara F. Merritt