**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**United States of America**                                                                 **Plaintiff**

**v.**                            **Case No.: 4:19–cr–00581–BRW**

**Natasha Riddle**                                                                             **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Bond Hearing has been set in this case for October 29, 2019, at 02:30 PM before Judge Billy Roy Wilson in Little Rock Courtroom # 389 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** October 28, 2019                                    AT THE DIRECTION OF THE COURT
                                                              JAMES W. McCORMACK, CLERK

                                                              **By:**  Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas