**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

v.                                   4:19CR00581-BRW

**CHAD WELLS
BRIAN ARTHUR
NATASHA RIDDLE**

## ORDER

On April 17, 2020, Chief Judge D.P. Marshall, Jr., issued Administrative Order Five – Court Operations During The COVID-19 Pandemic, canceling all civil and criminal jury trials scheduled through May 29, 2020.

Because this case is currently set for jury trial on May 5, 2020 it is continued to **January 12, 2021**. All future pretrial deadlines are also extended. The delay occasioned by this continuance is excludable under the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) & (B), for the reasons identified in Administrative Order Five – Court Operations During The COVID-19 Pandemic.

IT IS SO ORDERED this 17th day of April, 2020.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE