IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

VS.                          **CASE NO**. 4:19CR00581- BRW

**CHAD WELLS**
**BRIAN ARTHUR**
**NATASHA RIDDLE**

## ORDER

On November 6, 2020, Chief Judge D.P. Marshall, Jr., issued Administrative Order Eight – Court Operations During The COVID-19 Pandemic, canceling all civil and criminal jury trials scheduled through January 15, 2021.

Because this case is currently set for jury trial on January 12, 2021 it is continued to **Tuesday, July 20, 2021 at 9:30 a.m.**.  All future pretrial deadlines are also extended. The delay occasioned by this continuance is excludable under the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) & (B), for the reasons identified in Administrative Order Eight – Court Operations During The COVID-19 Pandemic.

IT IS SO ORDERED THIS 10th day of November, 2020.

                                               Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE