IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                            4:19-CR-00581-04-BRW

NATASHA RIDDLE

**ORDER**

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 103) is DENIED.

On November 18, 2021, Defendant pled guilty to conspiracy to distribute and possession with intent to distribute methamphetamine.[1] On March 5, 2022, she was sentenced to 87 months in prison.[2]

Defendant wants compassionate release because of COVID-19 and her health conditions. These are not "extraordinary and compelling" reasons for relief. Additionally, compassionate release is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 22nd day of August, 2022.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 82, 83.

[2] Doc. Nos. 94, 96.